# UNITED STATES BANKRUPTCY COURT
## IN THE NORTHERN DISTRICT OF ILLINOIS
### EASTER DIVISION

| | |
|---|---|
| IN RE: ) | In Proceedings |
| ) | Under Chapter 13 |
| Terri L. Rogers, ) | |
| ) | Case No. 16-14561 |
| Debtor. ) | Honorable Judge Thorne |

## AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY

This matter coming to be heard on the Motion of Capital One Auto Finance, by and through its undersigned attorney with Kropik, Papuga and Shaw, concerning its Motion for Relief from Stay, this Court having jurisdiction, IT IS HEREBY ORDERED:

1. The Debtor shall resume making monthly contract payments to Capital One Auto Finance in the amount of **$479.00** continuing with the July 30, 2016 post-petition payment.

2. In the event the Debtor fails to make any two or more payments as set forth in paragraph one, Capital One Auto Finance shall issue notices of default to Debtor and Debtor's attorney, if the Debtor does not provide full cure within 14 days after the written notice is issued, the stay shall be automatically modified as to the Debtor, to permit Capital One Auto Finance, its servicers, successors, agents and or assigns, to obtain possession of and/or to foreclose its security interest in one 2015 Chrysler 200, VIN 1C3CCCAB1FN682330, and without the need of further notice or court order.

3. If applicable, upon modification of the automatic stay as outlined above, and after Capital One Auto Finance has foreclosed its security interest one 2015 Chrysler 200, VIN 1C3CCCAB1FN682330, said creditor may file an amended,

unsecured claim for any deficiency balance remaining in compliance with the US Bankruptcy Code.

4. Fees and costs in the amount of $471.00 are allowed and shall be paid under Section E (5)(b) of the Debtor's Chapter 13 plan for a total arrearage claim of $3,416.84.

_____
Attorney for Debtor

_____
Attorney for Capital One Auto Finance

ENTERED:

_____
UNITED STATES BANKRUPTCY JUDGE

Kropik, Papuga and Shaw
120 S. LaSalle, Ste. 1920
Chicago, IL 60603
Phone No: 312-236-6405

8/15/16